UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DEBORAH DRAYER,

    Plaintiff,

v.                                              CASE NO.: 5:25-cv-00134-JSM-PRL

CHRISTA KEMENY, individually,
MOSES GIBBS, individually,
JAMES HUGHES, individually,

    Defendants.
_____/

**MOSES GIBBS AND JAMES HUGHES'**
**NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to Local Rule 2.02(a), David R. Jadon of the law firm of Roper, Townsend & Sutphen, P.A., gives his notice of designation as Lead Counsel on behalf of defendants, MOSES GIBBS and JAMES HUGHES, in their individual capacities, in the above styled cause.

                                                              Respectfully submitted,

                                                              */s/ David Jadon*
                                                              David Jadon
                                                              Florida Bar No. 1010249

.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this this 27th day of February, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a true and correct copy of the foregoing through a notice of electronic filing to: Justin S. Drach, Esq. at justin@thoeledrach.com, Amanda Marie Thoele, Esq. at amanda@thoeledrach.com, and Christine B. Vazquez, Esq., cvazquez@kplegalteam.com; pleadings@kplegal.com; James D Phillips Jr., Esq., jphillips@thefirearmfirm.com; David Katz, Esq., dkatz@kplegalteam.com.

*/s/ David R. Jadon*
David R. Jadon, Esquire
Florida Bar No.: 1010249
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL  32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary:  djadon@roperpa.com
Secondary:  lramirez@roperpa.com
Attorney for Defendants Moses Gibbs and James Hughes, in their individual capacities